JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LAKHWINDER LAKHWINDER,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE DESERT VIEW FACILITY et al.,<br><br>Respondents. | Case No. 5:26-cv-00906-SVW-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: June 23, 2026

_____
STEPHEN V. WILSON
United States District Judge